UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JOSHUA WILES,                        :

              Plaintiff,    :   13 Civ. 2898 (HB)(HBP)

  -against-                         :   <u>ORDER</u>

CITY OF NEW YORK, et al.,            :

              Defendants.   :
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A conference having been held in this matter on April 21, 2014, during which various discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

       1. The deadline for the completion of fact discovery is extended to May 16, 2014.

       2. Defendants are directed to serve and file their motion for summary judgment no later than June 2, 2014. Plaintiff is directed to serve and file his opposition no later than June 20, 2014. Defendants shall serve and file their reply no later than June 30, 2014.

       3. Defendants' objections to the topics in plaintiff's notice of deposition pursuant to Rule 30(b)(6)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/14

are overruled in part and sustained in part. Topics 2(f) and 2(g) are limited to (1) the identification of civilian witnesses to plaintiff's arrest on November 5, 2011, and (2) information regarding whether plaintiff's arrest on November 5, 2011 resulted in a conviction for any crime, violation or offense. No later than April 25, 2014, defendants shall identify their Rule 30(b)(6) witness or witnesses and provide plaintiff with a date or dates on which the Rule 30(b)(6) deposition(s) will take place.

4. No later than April 25, 2014, defendants shall provide plaintiff with the dates on which they will produce Deputy Chiefs Anger and McNamara for depositions, said dates to be no later than May 2, 2014. Plaintiff's application to compel the deposition of Deputy Inspector Del Poso is denied without prejudice.

5. With respect to the list defendants previously provided to plaintiff of police personnel who were present or notified of plaintiff's arrest, no later than April 28, 2014, defendants shall identify which of the officers listed on pages D-205-06 and D-210 of that list were actually in the vicinity of plaintiff's arrest at the time of his arrest.

6. No later than April 30, 2014, defendants shall provide plaintiff with a log of all material withheld on the ground of privilege.

7. Counsel are directed to appear for an in-person conference on May 2, 2014 at 2:00 p.m. to resolve any additional discovery disputes that may arise. If there are no such disputes and counsel determine that an in-person conference is unwarranted, they are advise my chambers at (212) 805-6105.

Dated: New York, New York
April 23, 2014

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

David A. Thompson, Esq.
Isaac J. Myers, III, Esq.
Stecklow Cohen & Thompson
Suite 1
10 Spring Street
New York, New York 10012

Andrew J. Lucas, Esq.
Assistant Corporation Counsel
City of New York
100 Church Street
New York, New York 10007