# DAVID A. THOMPSON
# STECKLOW COHEN & THOMPSON

WWW.WYLIELAW.COM
10 SPRING STREET SUITE 1
NEW YORK, NEW YORK 10012
TEL: (212) 566-8000
FAX: (212) 202-4952
DTHOMPSON@WYLIELAW.COM

July 7, 2014

**BY ECF**
Honorable Judge Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Wiles v. City of New York, 13-cv-2898 (LAP) (HP)

Dear Honorable Judge Preska:

I write as counsel for the plaintiff is this action, regarding a letter motion pursuant to Rule 72(a), which was filed by the defendants in this case on July 3, 2014 (docket item number 73). Upon review of Local Rule 6(b), it is my understanding that the plaintiff's opposition to the present letter motion is required to be filed within 14 days of the date the movant's letter motion and supporting papers were filed to ECF. The date for the plaintiff's response would accordingly be July 17, 2014. Pursuant to item 1(D) of the Court's individual rules, I contacted the Court's Deputy to confirm that July 17, 2014 is the date upon which the Court expects the plaintiff's response. The Deputy recommended that I place my request for clarification of this scheduling matter in the form of a letter filed to the case docket. Accordingly, please accept this letter requesting that the Court direct that the plaintiff's response to the defendants' letter motion filed on July 3, 2014 will be timely if filed on or before July 17, 2014.

Respectfully submitted,

David A. Thompson, Esq.
Member
*Stecklow Cohen & Thompson*
*Attorneys for Plaintiff*

1

cc: Andrew Lucas, Esq.
   VIA ECF