# DAVID A. THOMPSON
## STECKLOW COHEN & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

March 19, 2015

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Wiles v. The City of New York, 13-cv-2898 (VSB)

Dear Honorable Judge Broderick:

I represent the plaintiff in the above-captioned action. It has come to my attention that counsel for the defendants in this case filed a letter in another case that is before Your Honor, Mediavilla v. The City of New York, 14-cv-08624 (VSB) (document 47 on that docket), in which counsel for the defendants discusses the present case (Wiles) at some length. The discussion in that letter includes representations by defendants' attorney concerning the facts of this case. It also includes statements concerning the (purported) substance of discussions that took place in a confidential mediation. If defendants wish to place information concerning Wiles before Your Honor, such information should be placed on this docket, not elsewhere, so that the plaintiff in this case will have proper notice of it and an opportunity to respond. (Please note that while the Mediavilla case was filed by an attorney at my firm, Mr. Wylie Stecklow, I am not an attorney on the Mediavilla case.) I also strenuously object to the discussion of a confidential mediation, especially when done simply to make a fairly dubious talking point in another litigation.

I respectfully request that the Court strike document 47 from the docket of Mediavilla v. The City of New York, 14-cv-08624 (VSB).

Respectfully submitted,

David Thompson, Esq.