```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
JOSHUA WILES,            :
            :
          Plaintiff,  :
            :       13-CV-2898 (VSB)
     -against-     :
            :       ORDER
THE CITY OF NEW YORK,    :
            :
          Defendants.  :
            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The parties in the above-captioned action appeared before me telephonically on June 3, 2015.  As stated on the record, Plaintiff is ordered to modify his redactions to certain documents and re-produce those documents to Defendants.  Plaintiff is directed to produce these documents by no later than June 5, 2015.  For the reasons stated on the record, the deadline for Defendants to submit their reply brief in support of their motion for summary judgment is adjourned until June 12, 2015.

SO ORDERED.

Dated:     June 4, 2015
          New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge