# DAVID A. THOMPSON
# STECKLOW COHEN & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

June 5, 2015

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Wiles v. City of New York, et al., 13-cv-2898 (VSB)

Dear Honorable Judge Broderick:

Pursuant to the Court's recent request during the telephone conference of June 3, 2015, attached please find a copy of the Memorandum of Law filed by the plaintiff in opposition to the defendants' motion for summary judgment. The memorandum was originally filed as item 141 on the docket, but was inadvertently not re-filed upon the "filing error" notice by the ECF clerk's office. A copy of this memorandum was included in the courtesy copies previously provided to the defendants and to the Court.

Respectfully submitted,

David A. Thompson