USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10|27|16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSHUA WILES,

                    Plaintiff,

      -v-

CITY OF NEW YORK, et al.,
                   Defendants.
-----------------------------------------------------------X

13 **CIVIL** 2898 (TPG)

**JUDGMENT**

      Defendants having moved for summary judgment against all of Plaintiff's claims, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on October 25, 2016, having rendered its Opinion granting Defendants' motion for summary judgment and directing the Clerk of Court to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated October 25, 2016, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
        October 27, 2016


                              **RUBY J. KRAJICK**

                              **Clerk of Court**

**BY:**
                              **Deputy Clerk**