IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA WILES,

          PLAINTIFF,

vs.

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POLICE DETECTIVE BRIAN PASTULA, NEW YORK CITY POLICE LIEUTENANT ZIELINSKI, NEW YORK CITY POLICE SERGEANT JOHN SLAYNE, NEW YORK CITY POLICE OFFICER JOHN MCNAMARA, and NEW YORK CITY POLICE OFFICERS "JOHN DOES 1-10,"

          DEFENDANTS.

Index No. 13-cv-2898 (TPG)

Notice of Appeal

---

PLEASE TAKE NOTICE that plaintiff JOSHUA WILES hereby appeals to the United States Court of Appeals for the Second Circuit, from the opinion and order (one paper) of the Honorable Thomas P. Griesa herein dated October 27, 2016, and entered in the docket on or about the same date. This appeal is taken from each and every part of said opinion and order (one paper) as well as from the whole thereof.

DATED:    NEW YORK, N.Y.
              November 22, 2016

David A. Thompson [dt3991]
Stecklow & Thompson
Attorneys for Plaintiffs
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone: (212) 566-8000
Fax: (212) 202-4952
dave@sctlaw.nyc

To: Andrew Lucas, Esq.
Assistant Corporation Counsel
Office of Corporation Counsel of the City of New York
100 Church Street
New York, NY 10013

CLERK
Southern District of New York